UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Josue Jimenez ) <br> Moreno ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj1951 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court

Julio Guzman-Martinez

DATED: 6/30/2008

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
             DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by /s/ _____
   Deputy Clerk
   K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082