FILED
JUL - 8 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2250-H |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., |
| JOSUE JIMENEZ-MORENO, | Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |
| Defendant. | |

The United States Attorney charges:

On or about June 24, 2008, within the Southern District of California, defendant JOSUE JIMENEZ-MORENO, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Julio Guzman-Martinez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 7/8/08.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
6/26/08