AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED

JUL - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JOSUE JIMENEZ-MORENO | CASE NUMBER: 08CR2250-H |

I, <u>JOSUE JIMENEZ-MORENO</u>, the above named defendant, who is accused of committing the following offense:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  7-8-08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Josue JM.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER